

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL SEVIER

Plaintiff,

V.

SETERUS FINANCE, ET AL.

Defendant.

Civil Action No. 17CV2554-CAB-JMA

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses the action for lack of subject matter jurisdiction, therefore all pending motions are deemed moot and the case is terminated.

**Date:** 4/24/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. HERNANDEZ

L. HERNANDEZ, Deputy